United States District Court
for the
Southern District of Indiana

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 JUN 25 PM 3:51

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| Marie Potts, ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| Delta Air Lines, Inc., ) | **1:13-cv-1016 SEB-MJD** |
|     *Defendant*. ) | |

### Appearance of Counsel

David R. Thompson hereby enters his appearance on behalf of the Plaintiff, Marie Potts, in the above referenced matter.

Respectfully submitted,

*/s/ David Thompson*

David R. Thompson (#28806-29)
THE LAW OFFICE OF ROBERT D. KING, JR., P.C.
The Chase Tower
111 Monument Circle, Suite 3540
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
E-Mail: dthompson@robertkinglaw.com