United States District Court
for the
Southern District of Indiana

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 JUN 25  PM 3:51

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Marie Potts, )
    *Plaintiff*, )
)
v. ) Case No.
)
Delta Air Lines, Inc., ) 1:13-cv-1016 SEB-MJD
    *Defendant*. )

### Appearance of Counsel

Robert D. King, Jr., hereby enters his appearance on behalf of the Plaintiff, Marie Potts, in the above referenced matter.

Respectfully submitted,

_____
Robert D. King, Jr. (#20963-49)
THE LAW OFFICE OF ROBERT D. KING, JR., P.C.
The Chase Tower
111 Monument Circle, Suite 3540
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
E-Mail: rking@robertkinglaw.com