# United States District Court
для the
Southern District of Indiana

| | |
|---|---|
| Marie Potts,<br>    *Plaintiff,* | )<br>)<br>) |
| v. | )    Case No.<br>) |
| Delta Air Lines, Inc.,<br>    *Defendant.* | )<br>)    **1:13-cv-1016 SEB -MJD**<br>) |

## SUMMONS IN A CIVIL ACTION

TO: Delta Air Lines, Inc.
c/o Corporation Service Company
251 E. Ohio St., Suite 500
Indianapolis, IN 46204

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert D. King, Jr.
David R. Thompson
THE LAW OFFICE OF ROBERT D. KING, JR., P.C.
111 Monument Circle, Suite 3540
Indianapolis, IN 46204

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*     **CLERK**

Date: __JUN 2 5 2013__

    *Signature of Clerk or Deputy Clerk*